FILED

07/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0518

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0518

_____

IN RE THE MARRIAGE OF:

THERESA CARBAH,

      Petitioner and Appellee,

and

    O R D E R

CHRISTOPHER CARBAH,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 21 2021